jamesmysterypet

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00052 |
| Plaintiff, ) | |
| vs. ) | **PETITION FOR WRIT OF REMOVAL** |
| JAMES IAN MYSTERY, ) | |
| Defendant. ) | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On March 24, 2005, the United States Attorney's Office, for the District of Nevada filed a criminal complaint charging the defendant with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073;

2. On March 24, 2005, U.S. Magistrate Judge Robert Johnston, U.S. District Court for the District of Nevada, issued a no bail warrant of arrest for the defendant to be brought to the District of California to answer charges of the complaint. A copy of the complaint and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On November 12, 2005, the defendant was transported to Guam and was arrested.

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for said defendant from the District of Guam to the District of Nevada.

DATED this 18th day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

AO91 (Rev. 5/85) Criminal Complaint

# United States District Court
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
v.

JAMES IAN MYSTERY
5201 Mineral Lake Drive
Las Vegas, NV

(Name and Address of Defendant)

FILED
Mar. 24  12 57 PM '05

CRIMINAL COMPLAINT
BY _____

CASE NUMBER:

MJ-S-05-0450-RJJ-RJJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 04/24/2004 in Clark county, in the _____ District of Nevada defendant(s), did:

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Cebu, Philippines, or other areas not currently known, after committing the crimes of Violation of Custody Rights, a felony under the laws of the State of Nevada, Nevada Revised Statutes (NRS)200.359(1)(a).

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

On 3/21/2005, a Clark County, Nevada, Justice Court Warrant was issued for the Defendant - James Ian Mystery. This warrant is for Violation of Custody Rights.

On 4/24/2004, the subject fled to the Philippines with the victim child. Detectives from the Las Vegas Metropolitan Police Department and the victim's mother, Shante Sanchez, have been in contact with the subject by email and telephonically in the Philippines. For this reason it is believed that the defendant committed the crimes mentioned above in the State of Nevada, traveled to the Philippines, and/or other locations currently unknown.

Continued on the attached sheet and made a part hereof:  ☐ Yes ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

By_____

DEEN ABBOTT
Special Agent, FBI
Las Vegas, Nevada

May 24, 2005
Date

at Las Vegas, Nevada
City and State

UNITED STATES MAGISTRATE JUDGE

ROBERT J. JOHNSTON

Name & Title of Judicial Officer

Signature of Judicial Officer

# United States District Court  FILED

_____DISTRICT OF NEVADA_____  May 24  12 57 PM '05

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** U.S. MAGISTRATE JUDGE |
| JAMES IAN MYSTERY | CASE NUMBER: |
| | MJ-S-05-0450-RJJ-RJJ |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JAMES IAN MYSTERY___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Unlawful Flight to Avoid Prosecution (UFAP)    5-24-05

                                                                                       M. Stick

in violation of Title __18__ United States Code, Section(s) __1073__

UNITED STATES MAGISTRATE JUDGE

Name of Issuing Officer: ROBERT J. JOHNSTON
Title of Issuing Officer: May 24, 2005
Signature of Issuing Officer:
DISTRICT OF NEVADA-LAS VEGAS

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  Tiyan, Guam

| DATE RECEIVED 11/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/13/05 | SA Kenneth R Klak SA | |