ORIGINAL

1 jamesmysterydismiss

2 LEONARDO M. RAPADAS
United States Attorney
3 FREDERICK A. BLACK
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES IAN MYSTERY,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00052<br><br>**MOTION TO DISMISS PETITION<br>FOR WRIT OF REMOVAL** |

    The United States Attorney's Office in the District of Nevada has moved to dismiss the federal fugitive case against defendant JAMES IAN MYSTERY on November 23, 2005 per the attached document. Based on this dismissal request, the government moves to dismiss it's petition for removal and suggest that the defendant be released on conditions of bail pending receipt from Nevada of the dismissal order. The prisoner should be turned over to the custody of the Superior Court of Guam where extradition proceedings are pending at this time.

    Respectfully submitted this 29th day of November 2005.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

            By: _/s/ Frederick A. Black_
                  FREDERICK A. BLACK
                  Assistant U.S. Attorney

```
_FILED       ✓ RECEIVED
_ENTERED     _SERVED ON
             COUNSEL/PARTIES OF RECORD

2005 NOV 23  A 11: 33
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) MJ-S-05-0450-RJJ-RJJ |
| vs. | ) **ORDER FOR DISMISSAL** |
| JAMES IAN MYSTERY, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on May 24, 2005.

DATED this 23rd day of November 2005.

DANIEL G. BOGDEN
United States Attorney

*[signature]*

KURT P. SCHULKE
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this _____ day of _____ 2005.

_____
UNITED STATES MAGISTRATE JUDGE