LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMES IAN MYSTERY, ) <br> ) <br> Defendants. ) <br>_____) | MAGISTRATE CASE NO. 05-00052 <br><br> **GOVERNMENT'S NOTICE** <br> **RE: ORDER FOR DISMISSAL** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and gives notice to the Court, that pursuant to the attached Order, on December 5, 2005, the United States District Court for the District of Nevada dismissed the Complaint filed against defendant JAMES IAN MYSTERY, under Magistrate Case No. 2:05-mj-0450-RJJ-RJJ.

RESPECTFULLY submitted this 7th day of Dec. 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

**ORIGINAL**

```
1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9   UNITED STATES OF AMERICA,        )
                                     )
10                Plaintiff,         )    2:05-mj-0450-RJJ-RJJ
                                     )
11  vs.                              )
                                     )
12  JAMES IAN MYSTERY,               )    ORDER FOR DISMISSAL
                                     )
13                Defendant.         )
```

This matter was submitted to the undersigned Magistrate Judge on the request by the Plaintiff pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Complaint filed on May 24, 2005.

The Court having reviewed the Request received November 23, 2005, and good cause appearing therefore,

IT IS HEREBY ORDERED that leave of Court is granted for filing of the dismissal of the Complaint in this case.

DATED this  5th  day of December, 2005.

*[signature: Robert J. Johnston]*

ROBERT J. JOHNSTON
United States Magistrate Judge

COPY