ORIGINAL

jamesmysterydismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00052 |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) **Re: Dismissal of** |
| JAMES IAN MYSTERY, | ) **Petition for Writ of Removal** |
| | ) |
| Defendant. | ) |

Having received notice of the dismissal order in the underlying case filed in the United States District Court for the District of Nevada, the United States' Motion to Dismiss Petition for Writ of Removal, as to defendant JAMES IAN MYSTERY, is hereby granted.

**SO ORDERED** this 8th day of December 2005.

_____
D. LOWELL JENSEN*
District Judge

---

* The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.